**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Raymond J. Wesolowski Jr.　　　　　　　　CHAPTER 13
　　　　　Grace Theresa Evans d/b/a
Legacy Custom Designs　　　　　　　　　　　　BKY. NO. 19-17800 AMC
　　　　　　　　Debtor(s)

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

　　　Kindly enter my appearance on behalf of NewRez LLC, d/b/a Shellpoint Mortgage Servicing and index same on the master mailing list.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,



　　　　　　　　　　　　　　　　　Rebecca Solarz
　　　　　　　　　　　　　　　　　23 Nov 2021, 14:10:17, EST

　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　Philadelphia, PA 19106-1532
　　　　　　　　　　　　　　　(215) 627-1322