United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Raymond J. Wesolowski, Jr.  
Grace Theresa Evans  
    Debtors

Case No. 19-17800-amc  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Feb 15, 2022 | Form ID: pdf900 | Total Noticed: 5 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 17, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Raymond J. Wesolowski, Jr., Grace Theresa Evans, 121 Davis Road, Coatesville, PA 19320-6144 |
| cr | + | NewRez LLC d/b/a Shellpoint Mortgage Servicing, c/o Shellpoint Mortgage Servicing, PO BOX 10826, GREENVILLE, SC 29603-0826 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Feb 15 2022 23:55:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 15 2022 23:55:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + Email/Text: usapae.bankruptcynotices@usdoj.gov | Feb 15 2022 23:55:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + Email/Text: mtgbk@shellpointmtg.com | Feb 15 2022 23:55:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, c/o Shellpoint Mortgage Servicing, PO BOX 10826, GREENVILLE, SC 29603-0826 |

TOTAL: 4

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 17, 2022                    Signature:      /s/Joseph Speetjens

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Feb 15, 2022 | Form ID: pdf900 | Total Noticed: 5

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 15, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing cwohlrab@raslg.com |
| JOSEPH L QUINN | on behalf of Joint Debtor Grace Theresa Evans CourtNotices@rqplaw.com |
| JOSEPH L QUINN | on behalf of Debtor Raymond J. Wesolowski Jr. CourtNotices@rqplaw.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com |
| MICHAEL J. SHAVEL | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing mshavel@hillwallack.com ldejesus@hillwallack.com;lharkins@ecf.courtdrive.com;mshavel@ecf.courtdrive.com;aemberger@ecf.courtdrive.com |
| REBECCA ANN SOLARZ | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Grace Theresa Evans d/b/a Legacy Custom Designs<br>Raymond J. Wesolowski Jr.<br>    Debtor(s) | CHAPTER 13 |
| NewRez LLC, d/b/a Shellpoint Mortgage Servicing<br>    Movant<br>vs. | NO. 19-17800 AMC |
| Grace Theresa Evans d/b/a Legacy Custom Designs<br>Raymond J. Wesolowski Jr.<br>    Debtor(s) | 11 U.S.C. Section 362 |
| Kenneth E. West<br>    Trustee | |

## STIPULATION

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. On or about December 8, 2021, Movant filed a Motion for Relief in regards to the Property located at 121 Davis Road, Coatesville, PA 19320.

2. Following the Motion for Relief, Debtor was subsequently approved for a Partial Claim by Movant. A copy of the loan modification is attached hereto as Exhibit A.

3. Now in resolution of Movant's Motion for Relief, both parties agree that:

    a. Court approval of this Stipulation shall constitute court approval of the attached Partial Claim Note and Mortgage.

    b. Ongoing, Debtor shall maintain current monthly mortgage payment to Movant in accordance with the loan documents.

    c. Should debtor(s) provide sufficient proof of payments (front & back copies of cancelled checks and/or money orders) made, but not credited, Movant shall adjust the account accordingly.

    d. In the event the payments under Section 3(b) above are not tendered pursuant to the terms of this stipulation, the Movant shall notify Debtor(s) and Debtor's attorney of the default in writing and the Debtors may cure said default within FIFTEEN (15) days of the date of said notice. If Debtor(s)

should fail to cure the default within fifteen (15) days, the Movant may file a Certification of Default with the Court and the Court shall enter an Order granting the Movant relief from the automatic stay.

    e. The stay provided by Bankruptcy Rule 4001(a)(3) is waived.

4. If the case is converted to Chapter 7, the Movant may file a Certification of Default if the loan is in default, with the court and the court shall enter an order granting the Movant relief from the automatic stay.

5. If the instant bankruptcy is terminated by either dismissal or discharge, this agreement shall be null and void, and is not binding upon the parties.

6. The provisions of this stipulation do not constitute a waiver by the Movant of its right to seek reimbursement of any amounts not included in this stipulation, including fees and costs, due under the terms of the mortgage and applicable law.

7. The parties agree that a facsimile signature shall be considered an original signature.

Date: February 11, 2022

/s/Rebecca A. Solarz, Esq.
Rebecca A. Solarz, Esq.
Attorney for Secured Creditor

Date: 2/11/22

Joseph L. Quinn
Attorney for Debtor(s)

Date: February 14, 2022

/s/ Jack Miller, Esquire, for*
Kenneth E. West
Chapter 13 Trustee

*No objection to its terms, without prejudice to any of our rights and remedies

Approved by the Court this _____ day of _____, 2022.  However, the court retains discretion regarding entry of any further order.

**Date: February 15, 2022**

Bankruptcy Judge
Ashely M. Chan