THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Raymond J. Wesolowski, Jr.  and | : | Chapter 13 |
| Grace Theresa Evans, | : | |
| Debtors | : | Bankruptcy No.: 19-17800-amc |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
**Hearing to be Held:**
**Date:    June 14, 2022**
**Time:    11:00am**
**Place:   United States Bankruptcy Court**
**         Eastern District of Pennsylvania**
**         Courtroom #4**
**         Robert N.C. Nix, Sr. Federal Courthouse**
**         900 Market Street**
**         Philadelphia, PA 19107**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

Movants Raymond J. Wesolowski, Jr. and Grace Theresa Evans, by and through counsel of Ross, Quinn & Ploppert, P.C., have filed a motion to sell real estate known as 121 Davis Road, Coatesville, Pennsylvania 19320 and to pay commissions and customary closing costs.

**YOUR RIGHTS MAY BE AFFECTED. YOU SHOULD READ THESE PAPERS CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY, IF YOU HAVE ONE IN THIS BANKRUPTCY CASE. (IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT AN ATTORNEY.)**

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before June 2, 2022 you or your attorney must do ALL of the following:

(a).  file an answer explaining your position at

> United States Bankruptcy Court
> Eastern District of Pennsylvania
> Robert N.C. Nix, Sr. Federal Courthouse
> 900 Market Street, Suite 400
> Philadelphia, PA 19107

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

(b)   mail a copy to attorney for movants:

> Joseph Quinn, Esquire

        ROSS, QUINN & PLOPPERT, P.C.
        192 S. Hanover Street, Suite 101
        Pottstown, PA  19464

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief in the motion.

3. A hearing on the motion is scheduled to be held before the Honorable Ashely M. Chan, United States Bankruptcy Judge, on June 14, 2022 at 11:00 am in:

**United States Bankruptcy Court**
**Eastern District of PA - Philadelphia Division**
**Courtroom #4**
**Robert N.C. Nix, Sr. Federal Courthouse**
**900 Market Street**
**Philadelphia, PA 19107**

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you are on the Clerk's Service List and you request a copy from the attorney named in paragraph 1(b).

5. You may contact the bankruptcy clerk's office at 215-408-2800 to find out whether the hearing has been cancelled because no one filed an answer.

        **ROSS, QUINN & PLOPPERT, P.C.**

By:    */s/ Joseph Quinn*_____
        Joseph Quinn, Esquire
        Attorney I.D. No. 307467
        192 S. Hanover Street, Suite 101
        Pottstown, PA 19464
        T: 610.323.5300
        F: 610.323.6081
        JQuinn@rqplaw.com
        Counsel for Debtors

Date:  May 12, 2022