THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Raymond J. Wesolowski, Jr. and | : | Chapter 13 |
| Grace Theresa Evans, | : | |
| Debtors | : | Bankruptcy No.: 19-17800-amc |

## CERTIFICATE OF SERVICE

I, Joseph Quinn, Esquire, attorney for Raymond J. Wesolowski, Jr. and Grace Theresa Evans, hereby certify that on May 12, 2022, a true and correct copy of Debtors' Motion to Sell Real Estate along with Notice of Motion was forwarded to the following parties, as follows:

*Via Electronic Filing (ECF) on May 12, 2022:*

Michael J. Shavel on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing
mshavel@hillwallack.com, ldejesus@hillwallack.com; lharkins@ecf.courtdrive.com; mshavel@ecf.courtdrive.com; aemberger@ecf.courtdrive.com

Rebecca Ann Solarz on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing
bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

Kenneth E. West, Esq., Chapter 13 Trustee
ecfemails@ph13trustee.com, philaecf@gmail.com

Charles Griffin Wohlrab on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing
cwohlrab@raslg.com

*Via First Class US Mail on May 12, 2022:*

Naomi Naylor, Coll. Paralegal
Citadel Federal Credit Union
520 Eagleview Blvd
Exton, PA 19341

All other creditors not otherwise notified by ECF on the mailing matrix.

**ROSS, QUINN & PLOPPERT, P.C.**

By:    */s/ Joseph Quinn*
       Joseph Quinn, Esquire
       Attorney I.D. No. 307467
       192 S. Hanover Street, Suite 101
       Pottstown, PA 19464

Date: May 12, 2022        Counsel for Debtors