THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Raymond J. Wesolowski, Jr. and        :        Chapter 13
        Grace Theresa Evans,        :
                Debtors        :        Bankruptcy No.: 19-17800-amc

## CERTIFICATE OF NO OBJECTION

The undersigned does hereby certify:

1. That I am the attorney for Raymond J. Wesolowski, Jr. and Grace Theresa Evans, Debtors in the above-captioned matter.

2. That a motion to sell real estate was filed on May 12, 2022.

3. That a certificate of service was filed with the court on May 12, 2022 declaring timely service to parties in interest.

4. A response to the Motion was due on or before June 2, 2022.

5. No response to said Motion has been received as of June 13, 2022.

                      ROSS, QUINN & PLOPPERT, P.C.

                      BY:  */s/ Joseph Quinn*
                            Joseph Quinn, Esquire
                            Attorney I.D. No. 307467
                            192 S. Hanover Street, Suite 101
                            Pottstown, PA  19464
                            T: (610) 323 - 5300
                            F: (610) 323 - 6081
Date: June 13, 2022             JQuinn@rqplaw.com