THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Raymond J. Wesolowski, Jr. and Grace Theresa Evans, | : : | Chapter 13 |
| Debtors | : | Bankruptcy No.: 19-17800-amc |

### ORDER

**AND NOW**, upon consideration of the Motion to Sell Real Property, and upon notice to all interested parties and any response thereto, and after a hearing before the Court and for good cause shown, it is hereby

**ORDERED,** that debtors are granted permission to sell real property known as 121 Davis Road, Coatesville, PA 19320 ("Property") for the sale price of $342,500.00 to buyer Reuben Fisher ("Buyer"), who has been represented to be purchasing the Property at arms-length.

The proceeds of the sale, including any funds held as a deposit made by or on behalf of the Buyer, shall be distributed in the following manner:

1. Estimated ordinary and reasonable settlement costs, including, but not limited to those related to notary services, deed preparation, disbursements, express shipping, surveys, municipal certifications, or any other such routine matters        $       765.00

2. Lien paid at closing – NewRez LLC d/b/a Shellpoint Mortgage *        $  225,000.00
   Servicing
   * the lien shall be paid in full and will vary accordingly based on actual settlement date. NewRez LLC d/b/a Shellpoint Mortgage shall retain its lien on the real property until the lien is paid in full.

3. Pennsylvania Real Estate Transfer Tax of 1.0%        $     3,425.00

4. Commission to Brian Seymour and Matthew Boyle        $     4,950.00
   (Agent of Debtors)

5. Commission to Elvin Stoltzfus (Agent of Buyer)        $     8,526.50

6. Estimated payment for past due real estate taxes        $     7,451.00

7. Estimated Attorney's Fees Paid to Debtor's Counsel        $     1,200.00

8. Exempt sale proceeds paid to Debtors        $    91,182.50

9. Payment to Kenneth E. West, Trustee        $           0.00
   Total:        $  342,500.00

1

This Order permitting sale of the real estate shall be effective and enforceable immediately upon entry and Debtors and Buyer are authorized to close the Sale immediately upon entry of this Sale Order. The stay required under Bankruptcy Rule 6004(h) is hereby waived.

The title clerk shall fax a settlement statement from the closing directly to Kenneth E. West, Chapter 13 Trustee upon the close of the settlement to (215) 627-6299, and the Trustee shall promptly notify the title company of any objection to the sums to be disbursed. The title clerk shall immediately transmit the actual disbursement check to the trustee by overnight courier.

In the event the case is converted to Chapter 7, any funds remaining in the possession of the standing Chapter 13 trustee derived from the sale of the real estate shall be transferred to the appointed Chapter 7 trustee.

BY THE COURT:

**Date: June 14, 2022**

_____
HONORABLE ASHELY M. CHAN
United States Bankruptcy Judge