# THE U.S. BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Raymond J. Wesolowski, Jr. | : | Chapter 13 |
| and Grace Theresa Evans, | : | |
| Debtors | : | Bankruptcy No.: 19-17800-amc |

## NOTICE OF CHANGE OF ADDRESS OF DEBTOR

TO THE CLERK:

Kindly update the Court's records to reflect a new address for debtor, Raymond J. Wesolowski, effective immediately, to:

> Statesman Health & Rehab Center
> 2629 Trenton Road
> Levittown, PA 19056

By:  */s/ Joseph L. Quinn*
Joseph L. Quinn, Esquire
ROSS, QUINN & PLOPPERT, P.C.
192 S. Hanover Street, Suite 101
Pottstown, PA 19464
Ph; (610) 323-5300
jquinn@rqplaw.com

Date: July 7, 2022