THE U.S. BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Raymond J. Wesolowski, Jr.        :        Chapter 13
       and Grace Theresa Evans,                  :
           Debtors                                        :        Bankruptcy No.: 19-17800-amc

*****************
**Hearing to be Held:**
**Date:    August 2, 2022**
**Time:   11:00am**
**Place:  United States Bankruptcy Court**
        **Eastern District of Pennsylvania**
        **Courtroom #4, Second Floor**
        **Robert N.C. Nix, Sr. Federal Courthouse**
        **900 Market Street, 2nd Floor**
        **Philadelphia, PA 19107**
*****************

## NOTICE OF MOTION AND HEARING DATE

A motion to withdraw Joseph L. Quinn as attorney for Debtors Raymond J. Wesolowski, Jr. and Grace Theresa Evans has been filed with the Court.

**YOUR RIGHTS MAY BE AFFECTED.  YOU SHOULD READ THESE PAPERS CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY, IF YOU HAVE ONE IN THIS BANKRUPTCY CASE.  (IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT AN ATTORNEY.)**

1. If you do not want the court to allow Joseph L. Quinn to withdraw as counsel for the Debtors, then on or before July 29, 2022 you or your attorney must do ALL of the following:

(a).    file an answer by explaining your position at

    United States Bankruptcy Court
    Eastern District of Pennsylvania
    Robert N.C. Nix, Sr. Federal Courthouse
    900 Market Street, Suite 400
    Philadelphia, PA 19107

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

(b)    mail a copy to movant:

    Joseph Quinn, Esquire
    ROSS, QUINN & PLOPPERT, P.C.
    192 S. Hanover Street, Suite 101
    Pottstown, PA  19464

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order withdrawing Joseph Quinn as Counsel for Debtors.

3. A hearing on the motion is scheduled to be held before the Honorable Ashely M. Chan, United States Bankruptcy Judge on **August 2, 2022 at 11:00 a.m.** in:

> **United States Bankruptcy Court**
> **Eastern District of PA - Philadelphia Division**
> **Courtroom #4, Second Floor**
> **Robert N.C. Nix, Sr. Federal Courthouse**
> **900 Market Street**
> **Philadelphia, PA 19107**

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you are on the Clerk's Service List and you request a copy from the attorney named in paragraph 1(b).

5. You may contact the bankruptcy clerk's office at 215-408-2800 to find out whether the hearing has been cancelled because no one filed an answer.

ROSS, QUINN & PLOPPERT, P.C.

By:   */s/ Joseph Quinn*
Joseph Quinn, Esquire
Attorney I.D. No. 307467
192 S. Hanover Street, Suite 101
Pottstown, PA 19464
T: 610.323.5300
F: 610.323.6081
JQuinn@rqplaw.com

Date:  July 8, 2022