THE U.S. BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Raymond J. Wesolowski, Jr. | : | Chapter 13 |
| and Grace Theresa Evans, | : | |
| Debtors | : | Bankruptcy No.: 19-17800-amc |

## CERTIFICATE OF SERVICE

I, Joseph Quinn, Esquire, Counsel for Debtors, hereby certifies that a true and correct copy of the Motion to Withdraw as Counsel for Debtors, along with the Notice of Motion was filed on July 8, 2022, and have been served by the means stated:

***Via United States First Class Mail, postage pre-paid on July 8, 2022:***

Grace Theresa Evans
125 Davis Road
Coatesville, PA 19320

Raymond J. Wesolowski
Statesman Health & Rehab Center
2629 Trenton Road
Levittown, PA 19056

All Other Creditors Listed on the Mailing Matrix Not Otherwise Notified by ECF.

***Via Electronic Filing (ECF) on July 8, 2022***

Michael J. Shavel on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing
mshavel@hillwallack.com, ldejesus@hillwallack.com; lharkins@ecf.courtdrive.com; mshavel@ecf.courtdrive.com; aemberger@ecf.courtdrive.com

Charles Griffin Wohlrab on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing
cwohlrab@raslg.com

Rebecca Ann Solarz on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing
bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

1

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

Kenneth E. West, Esq., Chapter 13 Trustee
ecfemails@ph13trustee.com, philaecf@gmail.com

                                      **ROSS, QUINN & PLOPPERT, P.C.**

                              By:    */s/ Joseph Quinn*
                                        Joseph Quinn, Esquire
                                        192 S. Hanover Street, Suite 101
                                        Pottstown, PA 19464
                                        T: 610.323.5300
                                        F: 610.323.6081
Date:  July 8, 2022                        JQuinn@rqplaw.com