THE U.S. BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Raymond J. Wesolowski, Jr. | : | Chapter 13 |
| and Grace Theresa Evans, | : | |
| Debtors | : | Bankruptcy No.: 19-17800-amc |

## ORDER

AND NOW, upon consideration of the Motion to Withdraw as Counsel for Debtors Raymond J. Wesolowski, Jr. and Grace Theresa Evans, and cause appearing therefore, it is hereby ORDERED that Joseph Quinn of Ross, Quinn & Ploppert, P.C. is withdrawn as counsel for Debtors Raymond J. Wesolowski, Jr. and Grace Theresa Evans.

BY THE COURT:

Date: August 2, 2022

_____
HON. ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE