United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-17800-amc |
| Raymond J. Wesolowski, Jr. | Chapter 13 |
| Grace Theresa Evans | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Feb 19, 2025 | Form ID: 138OBJ | Total Noticed: 35 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 21, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Raymond J. Wesolowski, Jr., Statesman Health & Rehab Center, 2629 Trenton Road, Levittown, PA 19056-1428 |
| jdb | + | Grace Theresa Evans, 125 Davis Road, Coatesville, PA 19320-6144 |
| 14439735 | + | John Hopkins Physicians, PO Box 65045, Baltimore, MD 21264-5045 |
| 14471624 | + | Johns Hopkins Community Physicians, c/o Clare Brennan, 3910 Keswick Rd., Ste N-3300, Baltimore, MD 21211-2226 |
| 14439737 | + | Main Line Emergency Med Assoc, 56 West Main Street, Ste 305, Newark, DE 19702-1503 |
| 14439738 | | Main Line Health, PO Box 788685, Philadelphia, PA 19178-8685 |
| 14439740 | | Paoli Hospital, Patient Payments, PO Box 8500-4876, Philadelphia, PA 19178-4876 |
| 14516910 | + | Ross, Quinn & Ploppert, P.C., 192 S. Hanover Street, Suite 101, Pottstown, PA 19464-6096 |
| 14439746 | + | University of Pennsylvania Health System, 1500 Market Street, 8th Floor West Tower, Philadelphia, PA 19102-2157 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Feb 20 2025 02:36:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 20 2025 02:36:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14439732 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 20 2025 02:42:03 | CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14451654 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 20 2025 02:41:31 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14439731 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 20 2025 02:42:33 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14439733 | + | Email/Text: bankruptcycollections@citadelbanking.com | Feb 20 2025 02:36:00 | Citadel Federal Credit Union, 520 Eagleview Blvd, Exton, PA 19341-1119 |
| 14467013 | | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 20 2025 02:36:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14439734 | | Email/Text: bankruptcy@jh.edu | Feb 20 2025 02:36:00 | John Hopkins Hospital, 3910 Keswick Road, Suite S-5100, Baltimore, MD 21211 |
| 14439736 | | Email/Text: Bkynotices@lendingpoint.com | Feb 20 2025 02:36:00 | Lendingpoint Llc, 1201 Roberts Boulevard, Kennesaw, GA 30144 |
| 14439739 | + | Email/Text: mtgbk@shellpointmtg.com | Feb 20 2025 02:36:00 | New Res-Shellpoint Mortgage, 55 Beattie Place, Greenville, SC 29601-2165 |
| 14467952 | + | Email/Text: mtgbk@shellpointmtg.com | Feb 20 2025 02:36:00 | NewRez LLC d/b/a Shellpoint Mortgage, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14651787 | ^ | MEBN | | |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 19, 2025 | Form ID: 138OBJ | Total Noticed: 35 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Feb 20 2025 01:52:07 | NewRez LLC, d/b/a Shellpoint Mortgage Servicing, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14570699 | + | Email/Text: RASEBN@raslg.com | Feb 20 2025 02:36:00 | Newrez LLC d/b/a Shellpoint Mortgage Servicing, c/o Rebecca Solarz, RAS Citron, LLC, 130 Clinton RD #202, Fairfield, NJ 07004-2927 |
| 14460087 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 20 2025 02:41:33 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14439742 | | Email/Text: ProsperBK@prosper.com | Feb 20 2025 02:36:00 | Prosper Funding LLC, 221 Main Street, Suite 300, San Francisco, CA 94105 |
| 14439741 | ^ | MEBN | Feb 20 2025 01:52:13 | Penn Medicine, PO Box 824406, Philadelphia, PA 19182-4406 |
| 14466743 | | Email/Text: bnc-quantum@quantum3group.com | Feb 20 2025 02:36:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14439743 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 20 2025 02:43:00 | Syncb/best buy, Po Box 965024, Orlando, FL 32896-5024 |
| 14439744 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 20 2025 02:42:48 | Syncb/hsn, Po Box 965017, Orlando, FL 32896-5017 |
| 14439745 | | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 20 2025 02:42:55 | Synchrony Bank (Wal-Mart), Attn: Bankruptcy Dept., PO Box 965061, Orlando, FL 32896-5061 |
| 14468274 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 20 2025 02:43:02 | Synchrony Bank by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14794392 | | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 20 2025 02:43:02 | Synchrony Bank by AIS InfoSource, LP as agent, Dept 888 PO Box 4457, Houston TX 77210-4457 |
| 14694105 | + | Email/Text: mtgbk@shellpointmtg.com | Feb 20 2025 02:36:00 | U.S. Bank National Association, c/o Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14439747 | | Email/PDF: CorporateBankruptcyOffice@wellsfargo.com | Feb 20 2025 09:41:06 | Wells Fargo, Credit Bureau Dispute Resoluti, Des Moines, IA 50306 |
| 14466777 | | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Feb 20 2025 09:38:54 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14439748 | | Email/Text: PHILAW@weltman.com | Feb 20 2025 02:36:00 | Weltman, Weinberg & Reis Co, 170 S. Independence Mall W, Suite 874, Philadelphia, PA 19106-3334 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14466932 | * | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

Case 19-17800-amc    Doc 96    Filed 02/21/25    Entered 02/22/25 00:39:29    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Feb 19, 2025 | Form ID: 138OBJ | Total Noticed: 35 |

complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 21, 2025                       Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 19, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MICHAEL J. SHAVEL | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing mshavel@hillwallack.com ldejesus@hillwallack.com;lharkins@ecf.courtdrive.com;mshavel@ecf.courtdrive.com;aemberger@ecf.courtdrive.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing mimcgowan@raslg.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

*Form 138OBJ* (6/24)−doc 95 − 94

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  
   Raymond J. Wesolowski Jr.                        Case No. 19−17800−amc

   Grace Theresa Evans                           Chapter: 13  
   dba Legacy Custom Designs  
   Debtor(s).

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania  
900 Market Street  
Suite 400  
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: February 19, 2025                                                           For The Court

                                                                                     Timothy B. McGrath  
                                                                                     Clerk of Court